IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAVI R. DESAI,**                                  : | |
|        **Plaintiff,**                    : | |
|                                                                         : | |
| **v.**                                                         : | **Civ. No. 16-228** |
|                                                                         : | |
| **CAROLYN W. COLVIN, Commissioner of**  : | |
| **the Social Security Administration,**         : | |
|        **Defendant.**                 : | |

# O R D E R

**AND NOW**, this 6th day of January, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 10), Defendant's Response (Doc. No. 11), Plaintiff's Reply (Doc. No. 15), as well as the administrative record herein (Doc. No. 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 19), to which no objections have been made, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**; and

2. The matter is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with the Report and Recommendation.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.